

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00792-CV

**IN RE THE CITY OF SAN ANTONIO**

Original Proceeding[1]

**ORDER**

On November 21, 2022, relator filed a petition for writ of mandamus. Relator also filed a motion for stay seeking to stay portions of the underlying order at issue pending resolution of the petition for writ of mandamus, which this court granted in part on November 21, 2022. After considering the petition, real party in interest's response, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 28, 2022 is **LIFTED**.

It is so **ORDERED** on January 25, 2023.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021-CI-01482, styled *Maria Monsibais v. City of San Antonio*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.